**Carolyn Jane RUTTER, Respondent,**

v.

**Ronald Douglas RUTTER, Appellant.**

**No. WD 59114.**

Missouri Court of Appeals,
Western District.

Nov. 6, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 26, 2001.

Application for Transfer Denied
Feb. 26, 2002.

Patrick Michael Davis, Kansas City, MO, for appellant.

Sandra P. Ferguson, Kansas City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and JAMES M. SMART, JR., JJ.

### ORDER

PER CURIAM.

Mr. Ronald Douglas Rutter appeals the decision of the trial court awarding attorney fees in the amount of $45,000 to Ms. Carolyn Jane Rutter following the settlement of their marital dissolution dispute.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).